IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:06CR262

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| DOMINIQUE TERRELL TENANT | ) | |

**THIS MATTER** is before the Court on motion of Defendant's counsel to withdraw.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the motion of Defendant's counsel, Calvin E. Coleman, to withdraw is **ALLOWED**, and Mr. Coleman is hereby relieved of further responsibility for the representation of the Defendant herein.

Signed: November 7, 2007

Lacy H. Thornburg
United States District Judge